### HACK v. DADY.

(Supreme Court, Appellate Division, Second Department.   January 27, 1911.)

Appeal from Kings County Court.

Action by Henry Hack against Michael J. Dady.   From a judgment for plaintiff, and from an order denying a motion for a new trial, defendant appeals. Affirmed.

See, also, 136 App. Div. 888, 119 N. Y. Supp. 1127.

Argued before JENKS, P. J., and BURR, THOMAS, CARR, and RICH, JJ.

Frank V. Johnson and William F. Kiefer, for appellant.

Frederick N. Van Zandt, for respondent.

PER CURIAM.   Judgment and order of the County Court of Kings County unanimously affirmed, with costs, on the authority of Julia Hack v. Dady (decided herewith) 127 N. Y. Supp. 22.

---

(142 App. Div. 533.)

### In re LOW et al.

(Supreme Court, Appellate Division, Second Department.   January 27, 1911.)

1. EMINENT DOMAIN (§ 228*)— COMMISSIONERS OF APPRAISAL — GROUND FOR REMOVAL.

A commissioner of appraisal in proceedings by the city of New York to acquire property will not be removed because of irritability of temper, due in part to the provoking conduct of the assistant to the corporation counsel; it not appearing that he may not resume self-control and dispassionately review the evidence and determine the questions presented.

[Ed. Note.—For other cases, see Eminent Domain, Dec. Dig. § 228.*]

2. EMINENT DOMAIN (§ 228*)—COMMISSIONER OF APPRAISAL—GROUND FOR REMOVAL.

That the commissioner left the country for a short trip because of an important business engagement, and was absent for four weeks at the time counsel for the city hoped to close the testimony and submit the issue for final decision, and thereby postponing the matter, was not ground for removal.

[Ed. Note.—For other cases, see Eminent Domain, Dec. Dig. § 228.*]

3. EMINENT DOMAIN (§ 227*)— COMMISSIONERS OF APPRAISAL — GROUND FOR REMOVAL.

A commissioner of appraisal in proceedings by the city of New York to acquire property by eminent domain acts in a judicial capacity, and he must not only be free from partiality or bias which will affect his judgment, but he must appear above suspicion in respect thereto.

[Ed. Note.—For other cases, see Eminent Domain, Dec. Dig. § 227.*]

4. EMINENT DOMAIN (§ 228*)—COMMISSIONERS OF APPRAISAL—GROUND FOR REMOVAL.

A commissioner of appraisal in proceedings by the city of New York to acquire property by eminent domain will not be removed for unfitness because the firm of which he is a member appeared as attorneys for property owners in other proceedings by the city, and because he appeared as attorney for a corporation and its tenant in a suit by the city to restrain the corporation from using a building in alleged violation of the Building Code of the city, where the application for removal has been delayed until the other proceedings have terminated.

[Ed. Note.—For other cases, see Eminent Domain, Dec. Dig. § 228.*]

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes